```
MICHAEL JOSEPH TOMAINE          KLARNA                          TBOM ACIMA CLASS CRE
1314 FOXWOOD PL                 PO BOX 8116                     PO BOX 4499
GULFPORT, MS 39507              COLUMBUS, OH 43201              BEAVERTON, OR 97076


THOMAS C. ROLLINS, JR.          LPL FINANCIAL INC               TOWER LOAN
THE ROLLINS LAW FIRM, PLLC      ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
P.O. BOX 13767                  4707 EXECUTIVE DRIVE            PO BOX 320001
JACKSON, MS 39236               SAN DIEGO, CA 92121             FLOWOOD, MS 39232


AVANT                           ONEMAIN
222 N LASALLE ST                PO BOX 1010
SUITE 1600                      EVANSVILLE, IN 47706
CHICAGO, IL 60601


CAP1                            OPPLOANS
PO BOX 31293                    ATTN: BANKRUPTY DEPT
SALT LAKE CITY, UT 84131        P.O. BOX 5040
                                FREDERICKSBURG, VA 22403


CAPITAL ONE                     PENNYMAC LOAN SERV
ATTN: BANKRUPTCY                PO BOX 514387
PO BOX 30285                    LOS ANGELES, CA 90051
SALT LAKE CITY, UT 84130


COMENITY BANK                   SPARROW FINANCIAL INC
ATTN: BANKRUPTCY                9450 SW GEMINI DRIVE
P.O.BOX 182273                  BEAVERTON, OR 97008
COLUMBUS, OH 43218


COVINGTON CREDIT                SPEEDY CASH
ATTN: BANKRUPTCY                2312 E TRINITY MILLS
P.O.BOX 1947                    CARROLLTON, TX 75006
GREENVILLE, SC 29602


CREDIT ONE BANK                 SUNBIT, INC
ATTN: BANKRUPTCY DEPT           ATTN: BANKRUPTCY
6801 CIMARRON RD                10940 WILSHIRE BLVD
LAS VEGAS, NV 89113             LOS ANGELES, CA 90024


FIFTH THIRD BANK                SYNCHRONY BANK
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
1830 EAST PARIS                 PO BOX 965060
GRAND RAPIDS, MI 49546          ORLANDO, FL 32896
```