## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Michael Joseph Tomaine                                    Case No. 25-51896-KMS
                                                                                       Chapter 7 Proceedings

## **NOTICE OF APPEARANCE**

COMES NOW, First Tower Loan, LLC, d/b/a Tower Loan of Wiggins, by and through its attorney, and files this Notice of Appearance in the above styled action.

This the 19th day of December, 2025

                                                                                       /s/ Joseph T. McDaniel
                                                                                       Joseph T. McDaniel

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day electronically filed with the Clerk of Court using the ECF system which sent notification, or mailed, via U.S. Mail, postage fully prepaid to non-ECF participants, a true and correct copy of the foregoing notice of appearance of Tower Loan.

| | |
|---|---|
| Thomas Carl Rollins, Jr | Office of the U.S. Trustee |
| trollins@therollinsfirm.com | USTPRegion05.AB.ECF@us.doj.gov |
| | |
| Michael Joseph Tomaine | Zachary S Wessler, Sr |
| 1314 Foxwood Pl | Chapter 7 Trustee |
| Gulfport, MS 39507 | |

This the 19th day of December, 2025

/s/ Joseph T. McDaniel
Joseph T. McDaniel

Prepared By:

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176