Certificate Number: 05781-MSS-DE-040498777

Bankruptcy Case Number: 25-51896



05781-MSS-DE-040498777

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 12, 2026, at 10:58 o'clock AM PST, Michael Tomaine completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: January 12, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President