Certificate Number: 05781-MSS-DE-040498777

Bankruptcy Case Number: 25-51896



05781-MSS-DE-040498777

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 12, 2026</u>, at <u>10:58</u> o'clock <u>AM PST</u>, <u>Michael Tomaine</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date: <u>January 12, 2026</u>    By:    <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>