United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 25-51896-KMS

Michael Joseph Tomaine                                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                                 User: admin                               Page 1 of 3

Date Rcvd: Mar 17, 2026                    Form ID: 318                           Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Michael Joseph Tomaine, 1314 Foxwood Pl, Gulfport, MS 39507-3870 |
| 5603042 | + | LPL Financial Inc, Attn: Bankruptcy, 4707 Executive Drive, San Diego, CA 92121-3091 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: AISACG.COM | Mar 17 2026 23:43:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Mar 17 2026 19:47:00 | Fifth Third Bank, N.A., 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| 5604014 | + | EDI: AISACG.COM | Mar 17 2026 23:43:00 | Ally Financial Department, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5603034 | + | Email/Text: bk@avant.com | Mar 17 2026 19:48:00 | Avant, 222 N Lasalle St, Suite 1600, Chicago, IL 60601-1112 |
| 5603035 | + | EDI: CAPITALONE.COM | Mar 17 2026 23:43:00 | Cap1, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5603036 | + | EDI: CAPITALONE.COM | Mar 17 2026 23:43:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5603037 | + | EDI: WFNNB.COM | Mar 17 2026 23:43:00 | Comenity Bank, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 5603038 | + | Email/Text: bankruptcy@curo.com | Mar 17 2026 19:48:00 | Covington credit, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5603039 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 17 2026 19:51:37 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5603040 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Mar 17 2026 19:48:00 | Fifth Third Bank, Attn: Bankruptcy, 1830 East Paris, Grand Rapids, MI 49546-8803 |
| 5604960 | ^ | MEBN | Mar 17 2026 19:45:57 | Joseph Todd McDaniel, Esq., Atty for First Tower Loan, LLC dba, Tower Loan of Wiggins, PO Box 320001, Flowood, MS 39232-0001 |
| 5603041 | | Email/Text: customerservice.us@klarna.com | Mar 17 2026 19:47:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5603042 | ^ | MEBN | Mar 17 2026 19:46:22 | LPL Financial Inc, Attn: Bankruptcy, 4707 Executive Drive, San Diego, CA 92121-3091 |
| 5603043 | + | EDI: AGFINANCE.COM | Mar 17 2026 23:43:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5603044 | + | Email/Text: opportunitynotices@gmail.com | Mar 17 2026 19:48:00 | OppLoans, Attn: Bankrupty Dept, P.O. Box 5040, |

| District/off: 0538-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2026 | Form ID: 318 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | Fredericksburg, VA 22403-0640 |
| 5603045 | + | Email/PDF: ebnotices@pnmac.com | Mar 17 2026 20:03:45 | PennyMac Loan Serv, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5603046 | | Email/Text: hello@sparrowcard.com | Mar 17 2026 19:48:00 | Sparrow Financial Inc, 9450 Sw Gemini Drive, Beaverton, OR 97008 |
| 5603048 | | Email/Text: bankruptcy@sunbit.com | Mar 17 2026 19:47:00 | Sunbit, Inc, Attn: Bankruptcy, 10940 Wilshire Blvd, Los Angeles, CA 90024 |
| 5603047 | + | Email/Text: bkinfo@ccfi.com | Mar 17 2026 19:48:00 | Speedy Cash, 2312 E Trinity Mills, Carrollton, TX 75006-1953 |
| 5603049 | + | EDI: SYNC | Mar 17 2026 23:43:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5603051 | | Email/Text: bankruptcy@towerloan.com | Mar 17 2026 19:48:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5603050 | + | EDI: PHINGENESIS | Mar 17 2026 23:44:00 | Tbom Acima Class Cre, Po Box 4499, Beaverton, OR 97076-4499 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First Tower Loan, LLC, d/b/a Tower Loan of Wiggin, UNITED STATES |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joseph Todd McDaniel | on behalf of Creditor First Tower Loan  LLC, d/b/a Tower Loan of Wiggins jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Michael Joseph Tomaine trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Zachary S Wessler, Sr | chapter7trustee@wesslerlawgroup.com |

District/off: 0538-6        User: admin        Page 3 of 3

Date Rcvd: Mar 17, 2026        Form ID: 318        Total Noticed: 23

meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com

TOTAL: 4

*Information to identify the case:*

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael Joseph Tomaine** | Social Security number or ITIN | **xxx–xx–9412** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ | |
| | | EIN  _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **25–51896–KMS**

---

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Michael Joseph Tomaine**

Dated: 3/17/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318        **Order of Discharge**        page 2